# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALICIA BROWN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NEXUS BUSINESS SOLUTIONS, LLC,<br><br>　　　　　　Defendant. | Civil Action No.<br>1:17-cv-01679-ELR |

## CERTIFICATE OF CONSENT FOR ATTORNEY MARICÉ GUZMÁN TO WITHDRAW AS COUNSEL

COMES NOW Defendant Nexus Business Solutions, LLC ("Nexus"), pursuant to Local Rule 83.1(E), and hereby files this Certificate of Consent for Maricé Guzmán to Withdraw as Counsel in the above-captioned matter.

In light of her departure from Baker & Hostetler LLP, Nexus hereby consents to the withdrawal of Ms. Guzmán as counsel in this matter. There shall be no need for substitution of counsel as Nexus continues to be represented by Eric L. Barnum, Mitchell A. Robinson, and Lindsay M. McCall, each with Baker & Hostetler LLP. By virtue of this filing, Ms. Guzmán is no longer an attorney of record for Nexus in

record for Nexus in this case. All pleadings, notices, and other correspondence in this matter should be addressed to the remaining attorneys of record.

The undersigned client and counsel consent to the withdrawal set forth above.

Respectfully submitted this 21st day of May, 2020.

| NEXUS BUSINESS SOLUTIONS, LLC | BAKER & HOSTETLER LLP |
|---|---|
| By: /s/ *[signature]*<br>Elton Nikaj<br>Nexus Business Solutions, LLC | By: /s/ *Eric L. Barnum*<br>Eric L. Barnum<br>Georgia Bar No. 039305<br>Mitchell A. Robinson<br>Georgia Bar No. 457665<br>Lindsay M. McCall<br>Georgia Bar No. 731850<br>1170 Peachtree St. N.E., Ste. 2400<br>Atlanta, GA 30309-7676<br>Telephone: (404) 459-0050<br>Facsimile: (404) 459-5734<br>E-mail: ebarnum@bakerlaw.com<br>E-mail: marobinson@bakerlaw.com<br>E-mail: lmccall@bakerlaw.com<br><br>*Attorneys for Defendant*<br><br>/s/ *Maricé Guzmán*<br>Maricé Guzmán |

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1, the undersigned certifies that the foregoing **CERTIFICATE OF CONSENT FOR ATTORNEY MARICÉ GUZMÁN TO WITHDRAW AS COUNSEL** complies with the font and point selections permitted by L.R. 5.1(B).  This document was prepared on a computer using Times New Roman font (14 point).

*/s/ Eric L. Barnum*
Eric L. Barnum
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ALICIA BROWN, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>              Plaintiff,<br><br>v.<br><br>NEXUS BUSINESS SOLUTIONS, LLC,<br><br>              Defendant. | Civil Action No.<br>1:17-cv-01679-ELR |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **CERTIFICATE OF CONSENT FOR ATTORNEY MARICÉ GUZMÁN TO WITHDRAW AS COUNSEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to Plaintiffs' attorneys of record: Mitchell L. Feldman, Benjamin L. Williams, Charles Bridgers and Mitchell Benjamin.

Dated: May 21, 2020                          Respectfully submitted,

                                                  **BAKER & HOSTETLER LLP**

                                                  By:   */s/ Eric L. Barnum*

        Eric L. Barnum
        Georgia Bar No. 039305
        Mitchell A. Robinson
        Georgia Bar No. 457665
        Lindsay M. McCall
        Georgia Bar No. 731850
        1170 Peachtree St. N.E., Ste. 2400
        Atlanta, GA 30309-7676
        Telephone:  (404) 459-0050
        Facsimile:  (404) 459-5734
        E-mail:  ebarnum@bakerlaw.com
        E-mail:  marobinson@bakerlaw.com
        E-mail: lmccall@bakerlaw.com

      *Attorneys for Defendant*