UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA BROWN Individually and on behalf of all others similarly situated who consent to their inclusion in a Collective Action,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>NEXUS BUSINESS SOLUTIONS, LLC,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:17-cv-01679-ELR |

## J U D G M E N T

This action having come before the court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the Plaintiffs take nothing; that the Defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 18th day of September, 2020.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　s/Jessica Kelley
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 18, 2020
James N. Hatten
Clerk of Court

By: s/Jessica Kelley
　　　　Deputy Clerk