UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALICIA BROWN and TINA KHOURI, <br><br> Plaintiffs, <br><br> vs. <br><br> NEXUS BUSINESS SOLUTIONS, LLC, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:17-cv-01679-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of Plaintiffs' Motion for Order Denying Taxation of Costs, and the Court having granted in part and denied in part said motion and approved in part and denied in part Defendant's Bill of Costs, it is

**Ordered and Adjudged** that Defendant be awarded $19,353.63 in costs.

Dated at Atlanta, Georgia, this 20th day of September, 2022.

                                                    KEVIN P. WEIMER
                                                  CLERK OF COURT

By:   s/Ciarra Oduka
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 20, 2022
Kevin P. Weimer
Clerk of Court

By:   s/Ciarra Oduka
       Deputy Clerk